# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO VELASQUEZ, JR., an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>          Defendants, | Case No.: **2:25-cv-02688-SVW-BFM**<br><br>*Assigned District Judge: Hon. Stephen V. Wilson*<br>*Assigned Magistrate Judge: Brianna Fuller Mircheff*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: August 21, 2025        By: _____
                                Hon. Stephen V. Wilson
                                United States District Judge